1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA  95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5
   Attorneys for Defendants,
6  Bottom Line Investments, Inc.

7
   Tanya Moore, Esq., SBN 206683
8  MOORE LAW FIRM, P.C.
   332 No. Second Street
9  San Jose, CA  95112
   Telephone:  408-271-6600
10 Facsimile:  408-298-6046

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 | Natividad Gutierrez,              | Case No. 1:11-cv-00146-OWW-SKO
15 |        Plaintiff,                 | STIPULATION RE: EXTENSION OF TIME UNTIL May 10, 2011 FOR DEFENDANTS
16 |     v.                            | TO RESPOND TO COMPLAINT AND ORDER
17 |
18 | Bottom Line Investments, Inc. dba
   | Salazar's Grill; Sunnyside Square
19 | Investments, Inc.,
20 |        Defendants.

21
22        Pursuant to Local Rule 144, Plaintiff Natividad Gutierrez and Defendant Bottom
23 Line Investments, Inc., by and through their respective counsel stipulate as follows:
24        1.    The parties have circulated a Settlement Agreement among themselves.
25

2. The parties anticipate reaching a settlement in this matter in the near future.

3. Defendant Bottom Line Investments, Inc. is granted an extension until May 10, 2011 to respond or otherwise plead and/or Plaintiff will file a notice of settlement with the court.

4. If Plaintiff does not file a notice of settlement, Defendant's response will be due no later than May 10, 2011.

IT IS SO STIPULATED effective as of April 11, 2011.

Dated:  April 11, 2011                    /s/ Cris C. Vaughan
                                          CRIS C. VAUGHAN
                                          Attorney for Defendant
                                          Bottom Line Investments, Inc.

Dated:  April 11, 2011                    /s/ Tanya Moore
                                          TANYA MOORE
                                          Attorney for Plaintiff
                                          Natividad Gutierrez

**ORDER**

IT IS SO ORDERED.

   Dated:  **April 18, 2011**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE