CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants,
Bottom Line Investments, Inc.

Tanya Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 No. Second Street
San Jose, CA  95112
Telephone:  408-271-6600
Facsimile:  408-298-6046

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natividad Gutierrez,<br><br>           Plaintiff,<br><br>     v.<br><br>Bottom Line Investments, Inc. dba Salazar's Grill; Sunnyside Square Investments, Inc.,<br><br>           Defendants. | Case No. 1:11-cv-00146-OWW-SKO<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 30, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

Pursuant to Local Rule 144, Plaintiff Natividad Gutierrez and Defendant Bottom Line Investments, Inc., by and through their respective counsel stipulate as follows:

1.     The parties have circulated a revised Settlement Agreement among themselves.

-1-
STIPULATION AND ORDER FOR EXTENSION OF TIME     1:11-cv-00146-OWW-SKO

2. The parties anticipate reaching a settlement in this matter in the near future.

3. Defendant Bottom Line Investments, Inc. is granted an extension until June 30, 2011 to respond or otherwise plead and/or Plaintiff will file a notice of settlement with the court.

4. If Plaintiff does not file a notice of settlement, Defendant's response will be due no later than June 30, 2011.

IT IS SO STIPULATED effective as of June 13, 2011.

Dated: June 13, 2011            /s/ Cris C. Vaughan
                                CRIS C. VAUGHAN
                                Attorney for Defendant
                                Bottom Line Investments, Inc.


Dated: June 13, 2011            /s/ Tanya Moore
                                TANYA MOORE
                                Attorney for Plaintiff
                                Natividad Gutierrez

**ORDER**

IT IS SO ORDERED.

Dated:  **June 14, 2011**             **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE