Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BOTTOM LINE INVESTMENTS, INC., dba SALAZAR'S GRILL; SUNNYSIDE SQUARE INVESTMENTS, INC.,<br><br>　　　　　Defendants. | No. 1:11-CV-00146-OWW-SKO<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 20, 2011 during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto that have appeared in this action, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 22, 2011.

Dated: June 23, 2011					MOORE LAW FIRM, P.C.


							/s/ Tanya E. Moore
							Tanya E. Moore
							Attorneys for Plaintiff Natividad Gutierrez

*Gutierrez v. Bottom Line Investments, Inc., et al.*
Stipulation to Continue Mandatory Scheduling Conference; Order

Dated:  June 23, 2011                                    VAUGHAN & ASSOCIATES

/s/ Cris C. Vaughan
Cris C. Vaughan, Attorney for
Bottom Line Investments, Inc.

## ORDER

The parties having so stipulated and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for July 20, 2011 be continued to September 9, 2011 at 8:15a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 23, 2011**                                    /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE