UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, ) | Case No. 1:11-cv-00146---SKO |
| ) | |
| Plaintiff, ) | **ORDER PERMITTING SERVICE ON** |
| ) | **CALIFORNIA SECRETARY OF STATE** |
| vs. ) | **ON BEHALF OF DEFENDANT** |
| ) | **SUNNYSIDE SQUARE INVESTMENTS,** |
| BOTTOM LINE INVESTMENTS, INC., et ) | **INC. (Cal. Code. Civ. P. § 416.10;** |
| al., ) | **Cal. Corp. Code § 1702(a))** |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The Court has considered the application of Plaintiff Natividad Gutierrez requesting that Plaintiff be permitted to serve the California Secretary of State on behalf of Defendant Sunnyside Square Investments, Inc. ("Sunnyside"), pursuant to California Code of Civil Procedure Section 416.10 and California Corporations Code Section 1702(a).

Pursuant to the Declaration of Tanya E. Moore, counsel for Plaintiff, Sunnyside is a California corporation with a designated agent for service of process. (Doc. 18-1, ¶ 3, Exh. A.)  Ms. Moore declares that Sunnyside's designated agent for process of service cannot, with reasonable diligence, be found at the address designated for personally delivering process. (Doc. 18-1, ¶¶ 4-7, Exhs. B, C.)

Accordingly, for good cause shown in Plaintiff's application, it is HEREBY ORDERED that:

1. Plaintiff shall serve the California Secretary of State on behalf of Defendant Sunnyside Square Investments, Inc.;
2. The California Secretary of State shall accept service on behalf of Sunnyside Square Investments, Inc.;
3. Plaintiff shall file a proof of service with this Court indicating when the California Secretary of State was served; and
4. Pursuant to California Corporations Code Section 1702(c), service on Sunnyside Square Investments, Inc. is deemed complete on the tenth day after delivery of the process to the California Secretary of State.

IT IS SO ORDERED.

Dated:   **September 21, 2011**              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE