K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>BOTTOM LINE INVESTMENTS, INC. dba SALAZAR'S GRILL, et al.,<br><br>         Defendants. | No. 1:11-CV-00146-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Bottom Line Investments, Inc. dba Salazar's Grill and Sunnyside Square Investments, Inc. ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 11, 2012                              MOORE LAW FIRM, P.C.


                                                 /s/Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff Natividad Gutierrez


*Gutierrez v. Bottom Line Investments, Inc., et al.*
Stipulation for Dismissal of Action; Order

| | |
|---|---|
| Date: July 11, 2012 | VAUGHAN & ASSOCIATES |
| | /s/ Cris C. Vaughan |
| | Cris C. Vaughan |
| | Attorneys for Defendant Bottom Line Investments, Inc. dba Salazar's Grill |
| Date: July 10, 2012 | WILD, CARTER & TIPTON |
| | /s/ Patrick J. Gorman |
| | Patrick J. Gorman |
| | Attorneys for Defendant Sunnyside Square Investments, Inc., a California Corporation |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 11, 2012**             **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Bottom Line Investments, Inc., et al.*
Stipulation for Dismissal of Action; Order

Page 2