1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 
   NATIVIDAD GUTIERREZ,              )  No.  1:11-CV-00146-SKO
12                                    )
              Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
13                                    )  **ACTION; ORDER**
        vs.                           )
14                                    )
                                      )
15 BOTTOM LINE INVESTMENTS, INC. dba  )
   SALAZAR'S GRILL, et al.,           )
16                                    )
                                      )
17            Defendants.             )
                                      )
18

19      IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and
20 Defendants Bottom Line Investments, Inc. dba Salazar's Grill and Sunnyside Square
21 Investments, Inc. ("Defendants"), the parties to this action, by and through their respective
22 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned
23 action be dismissed with prejudice in its entirety.

24 Date: July 11, 2012                          MOORE LAW FIRM, P.C.

25

26
                                                /s/Tanya E. Moore
27                                              Tanya E. Moore
                                                Attorney for Plaintiff Natividad Gutierrez
28

*Gutierrez v. Bottom Line Investments, Inc., et al.*
Stipulation for Dismissal of Action; Order
                              Page 1

| | |
|---|---|
| Date: July 11, 2012 | VAUGHAN & ASSOCIATES |
| | /s/ Cris C. Vaughan |
| | Cris C. Vaughan |
| | Attorneys for Defendant Bottom Line Investments, Inc. dba Salazar's Grill |
| Date: July 10, 2012 | WILD, CARTER & TIPTON |
| | /s/ Patrick J. Gorman |
| | Patrick J. Gorman |
| | Attorneys for Defendant Sunnyside Square Investments, Inc., a California Corporation |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  **July 11, 2012**                                **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Bottom Line Investments, Inc., et al.*
Stipulation for Dismissal of Action; Order

Page 2